IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-506-KAS

**LAURA VOEPEL,**

Plaintiff,

v.

**REUBEN CREWS,** COLORADO SPRINGS POLICE DEPARTMENT SERGEANT;
**MATTHEW ANDERSON,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
**TIMOTHY HOCKERSMITH,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
**PETER MANDRY,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER; AND
**REBECCA JOINS,** COLORADO SPRINGS POLICE DEPARTMENT DETECTIVE,

Defendants.

## JOINT MOTION TO VACATE AND RESCHEDULE THE SCHEDULING CONFERENCE

The parties, through their respective counsel, request that the Court vacate the Scheduling Conference currently set for May 27, 2025 and reschedule it for a later date. As grounds:

### CERTIFICATE OF CONFERRAL

The parties have conferred regarding this motion and join in the requested relief.

### ARGUMENT

1.  Plaintiff filed her complaint on February 17, 2025. (ECF No. 1)

2.  On March 3, 2025, the Court set an in-person Scheduling Conference for May 27, 2025, at 11:00 AM. (ECF No. 5)

1

3. On April 1, 2025, Defendants waived service of summons. (ECF Nos. 12-16) Consequently, the answer/responsive pleading deadline for Defendants is May 30, 2025, three days after the Scheduling Conference.

4. Because Defendants will not have filed an answer or responsive pleading prior to the Scheduling Conference, the parties believe that it would be in the interest of judicial efficiency to vacate the currently set Scheduling Conference and reset it once Defendants have filed their answer or responsive pleading.

5. As required by this Court's March 3, 2025 order setting the scheduling conference (ECF No. 5), the parties provide the following availability for a rescheduled scheduling conference: June 16, June 23, June 24, and June 30, 2025.

WHEREFORE, for the foregoing reasons, the parties respectfully request this Court vacate and reset the scheduling conference.

Dated: May 20, 2025

/s/ Jason M. Kosloski
Jason M. Kosloski
KOSLOSKI LAW, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

/s/ Tyler A. Jolly
Tyler A. Jolly
JOLLY LAW, PLLC
9996 W. US Hwy. 50
Unit 1090
Salida, CO 81201
tyler@jollylawcolorado.com
*Attorney for Plaintiff*

/s/ W. Erik Lamphere
W. Erik Lamphere
OFFICE OF THE CITY ATTORNEY, CITY OF COLORADO SPRINGS
30 South Nevada Avenue, Suite 501
Colorado Springs, CO 80903
(719) 385-5909
erik.lamphere@coloradosprings.gov
*Attorney for Defendants*