**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-506-KAS

**LAURA VOEPEL,**

Plaintiff,

v.

**REUBEN CREWS,** COLORADO SPRINGS POLICE DEPARTMENT SERGEANT;
**MATTHEW ANDERSON,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
**TIMOTHY HOCKERSMITH,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
**PETER MANDRY,** COLORADO SPRINGS POLICE DEPARTMENT OFFICER; AND
**REBECCA JOINS,** COLORADO SPRINGS POLICE DEPARTMENT DETECTIVE,

Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 27 U.S.C. § 636(c) and

(1) D.C.Colo.LCiv.R. 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);
(2) Fed. R. Civ. P. 73 and D.C.Colo.LCivR. 72.2 (Consent Jurisdiction of a Magistrate Judge)

or

(3) D.C.Colo.LAPR. 72.2 (Consent Jurisdiction of a Magistrate Judge)

**CHECK ONE**

_____    All parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

\_\_X\_\_    At least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgement.

Dated: May 20, 2025

1

/s/ Jason M. Kosloski
Jason M. Kosloski (CO Bar # 50214)
KOSLOSKI LAW, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@koskoskilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I electronically filed the foregoing with the Clerk of the Corut using the CM/ECF system which caused the service of the foregoing on the below-listed persons:

    W. Erik Lamphere
    erik.lamphere@coloradosprings.gov

                                                      /s/Jason Kosloski