| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, Colorado 80903 | RECEIVED<br>NOV 21 2022<br>CLERK'S OFFICE |
| RE: Search Warrant of<br>Visto View Apartments, 5543 N. Union Boulevard, Colorado Springs, CO | ▲COURT USE ONLY▲ |
| Deputy District Attorney: Brent Nelson #49211<br>Address: 105 E. Vermijo Ave, Colorado Springs, CO 80903   Phone: 719-520-6568<br>District Attorney: Michael Allen #42955 | Case/File Number: 22-3687<br>Division: Criminal   Ctrm: |

## COURT ORDER

THE COURT, having reviewed the documents submitted in support of the Search Warrant, hereby enters an ORDER that the Search Warrant Affidavit and Application for Search Warrant, to include the Affidavit and all attachments, be sealed until the completion of the investigation in this case, upon further order by the Court.

Done this day of  November 20, 2022 , at  7:12 a.m.  AM / PM.

Magistrate / Judge: _____

Mag. Amanda J. Philipps

**EXHIBIT A**

| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, Colorado 80903 | RECEIVED<br>NOV 21 2022 |
| RE: Search Warrant of<br>Visto View Apartments, 5543 N. Union Boulevard, Colorado Springs, CO | ▲COURT USE ONLY▲ |
| Deputy District Attorney: Brent Nelson #49211<br>Address: 105 E. Vermijo Ave, Colorado Springs, CO 80903   Phone: 719-520-6568<br>District Attorney: Michael Allen #42955 | Case/File Number: 22-3687<br>Division: Criminal   Ctrm: |

## REQUEST FOR SEALING OF SEARCH WARRANT

The People respectfully request this Court enter an Order, sealing the Search Warrant and Application, to include the Affidavit and all attachments and, as grounds, therefore state the following:

1. The Criminal Case Report supporting this Search Warrant was initiated by the Colorado Springs Police Department, Case Number 22-43279, El Paso County, Colorado.

2. If the information supporting the Search Warrant Affidavit was to be released, it could jeopardize the ongoing case investigation.

3. The People request the sealing of this document until the completion or termination of the investigation, upon order of the court.

WHEREFORE, the People of the State of Colorado respectfully request the Court enter an ORDER, sealing the Search Warrant and Application for the Search Warrant, to include the Affidavits and all attachments.

11/20/22
_____
Date

By _____
Brent Nelson
Deputy District Attorney

**EXHIBIT A**

RECEIVED
NOV 21 2022
CLERK'S OFFICE

(DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO
Court Address: 270 South Tejon Street
Colorado Springs, Colorado 80903

RE: Search Warrant of

**Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO**

Agency: Colorado Springs Police Department   Agency Number: 22-43279   Division: **Criminal**   Ctrm:

▲COURT USE ONLY▲

Case/File Number: 22-3687

## SEARCH WARRANT

Whereas Detective J. Gasper, 3337 has made an Application and Affidavit, which is attached and expressly incorporated into this Search Warrant in reference, to the Court for the issuance of a Search Warrant, and; Whereas the application is in proper form and probable cause is found for the issuance of a Search Warrant to search the person(s) and or premises specified in the application.

THEREFORE, the applicant, and any other peace officer into whose hands this Search Warrant shall come, is hereby ordered, with the necessary and proper assistance, to enter and search within the next fourteen (14) days the person(s), property, and/or premise(s), location and any appurtenances thereto, description of which is:

**Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO, a multi-family apartment building with an orange / tan exterior and white stairwells. The building is marked with red signage reading "G 5543" on the southwest corner of the building. Apartment #301 is located on the 3rd story and is marked with the numbers "301" in white in the center of the red / orange door.**

The following person(s), property or thing(s) will be searched for and, if found, seized:

**See Attachment B which is hereby incorporated in reference**

as probable cause has been found to believe that it:

- ☐ Is stolen or embezzled, or
- ☐ Is designed or intended for use in committing a criminal offense, or
- ☐ Is or has been used as a means of committing a criminal offense, or
- ☐ Is illegal to possess, or
- ☒ Would be material evidence in a subsequent criminal prosecution, or required, authorized or permitted by a statute of the State of Colorado, or
- ☐ Is a person, property or thing the seizure of which is expressly required, authorized or permitted by a statute of the State of Colorado, or
- ☐ Is kept, stored, transported, sold, dispensed, or possessed in violation of a statute of the State of Colorado under circumstances involving a serious threat to the public safety, or order, or to the public health, or
- ☐ That would aid in the detection of the whereabouts of or in the apprehension of a person for whom a lawful arrest order is outstanding.

Furthermore, a copy of this warrant is to be left with the person whose premises or person is searched along with a list of any and all items seized at the time of its execution. If said person cannot be located or identified, a copy of the search Warrant and the list of property seized shall be left at the place from which the property was taken.

Further, a return shall be promptly made to this Court upon the execution of this Search Warrant along with an inventory of any property taken. The property seized shall be held in some safe place until the Court shall further order.

Sworn and subscribed before me this day ___November 20, 2022___ at __7:12 a.m.__ AM / PM

Magistrate / Judge: _Amanda M._

**EXHIBIT A**

| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address:   270 South Tejon Street<br>                            Colorado Springs, Colorado 80903 | |
| RE: Search Warrant of<br>**Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO** | ▲COURT USE ONLY▲<br>Case/File Number: |
| Agency: Colorado Springs Police Department       Agency Number: 22-43279 | Division:Criminal    Ctrm: |

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

The undersigned, a peace officer as defined in 16-2.5.101, Colorado Revised Statutes 1973, as amended, being first duly sworn on oath moves the Court to issue a Warrant to search those person(s), property, and/or premises known as:

**Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO, a multi-family apartment building with an orange / tan exterior and white stairwells. The building is marked with red signage reading "G 5543" on the southwest corner of the building. Apartment #301 is located on the 3rd story and is marked with the numbers "301" in white in the center of the red / orange door.**

The undersigned states that there exists probable cause to believe that the following person, property or thing(s) to be searched for, and if found, seized will be found on the aforementioned person(s) and or premises and are described as follows:

**See Attachment B which is hereby incorporated in reference**

The grounds for the seizure of said person(s), property or thing(s) are that probable cause exists to believe that it:
- ☐ Is stolen or embezzled, or
- ☐ Is designed or intended for use as a means of committing a criminal offense, or
- ☐ Is or has been used as a means of committing a criminal offense, or
- ☐ Is illegal to possess, or
- ☒ Would be material evidence in a subsequent criminal prosecution, or required, authorized or permitted by a statute of the State of Colorado, or
- ☐ Is a person, property or thing the seizure of which is expressly required, authorized or permitted by a statute of the State of Colorado, or
- ☐ Is kept, stored, transported, sold, dispensed, or possessed in violation of a statute of the State of Colorado under circumstances involving a serious threat to the public safety, or order, or to the public health, or
- ☐ That would aid in the detection of the whereabouts of or in the apprehension of a person for whom a lawful arrest order is outstanding.

The facts submitted in support of this application are set for in the accompanying attachment designated as **Attachment A** which is attached hereto and made a part hereof.

Applicant: _____ 3337_____
J. Gasper 3337

Employed By:   Colorado Springs Police Department
Position:   Detective

Sworn and subscribed before me this day   November 20, 2022 7:12 a.m.

Magistrate / Judge: ___Amanda M___

**EXHIBIT A**

| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO <br> Court Address: 270 South Tejon Street <br> Colorado Springs, Colorado 80903 | ▲COURT USE ONLY▲ |
|---|---|
| RE: Search Warrant of <br> **Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO** | Case/File Number: |
| Agency Name: Colorado Springs Police Department    Agency Number: 22-43279 | Division: **Criminal**    Ctrm: |

## ATTACHMENT A

The following affidavit is made in the support of a request for the issuance of a search warrant for: **Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO, a multi-family apartment building with an orange / tan exterior and white stairwells. The building is marked with red signage reading "G 5543" on the southwest corner of the building. Apartment #301 is located on the 3rd story and is marked with the numbers "301" in white in the center of the red / orange door..**

Your Affiant, Detective J. Gasper #3337, is a sworn police officer for the City of Colorado Springs, located in the County of El Paso, State of Colorado. Your Affiant has been a Colorado Springs Police Department (CSPD) officer for approximately 15 years and is currently assigned to the Violent Crimes Section – Homicide / Assault Unit. Your Affiant has been assigned to this unit since June, 2019. Your Affiant's duties include investigating homicide, felonious assaults, suicide, suspicious deaths, kidnapping, extortion, and other assigned crimes.

Your Affiant, hereafter referred to as "I", has personal knowledge of the following facts, which are fully documented under CSPD case report #22-43279. Unless otherwise noted, all locations listed in this affidavit are located within the City of Colorado Springs, County of El Paso, State of Colorado.

It should be noted that this is an active and ongoing investigation and is still in the very early stages. More information is being developed as this affidavit is being drafted. The information contained in this affidavit is information known to Your Affiant at the time of this affidavit being drafted.

On 11/19/22 (Saturday) at approximately 2356 hours, the CSPD's Communications Center received a report of a shooting / active shooter situation, which occurred at Club Q, located at 3430 N. Academy Boulevard, City of Colorado Springs, County of El Paso, State of Colorado. Initial reports indicated there were numerous victims inside of the business and that at least a dozen (12) shots had been fired. The suspect was last observed running toward an outside patio behind the building. It was later learned that the suspect could still be inside of the building.

A different reporting party stated the suspect was a heavy-set male, who had reportedly been detained and was being beat up on the dance floor. The suspect was further described as a white male, who was wearing a black baseball cap, a black shirt over a black t-shirt, and blue jeans. The suspect was reported to have fired an AR-15 style assault rifle and was wearing a ballistic vest. At approximately 0002 hours on 11/20/22 (Sunday), it was reported the suspect was detained on the floor inside of the bar. Updated reports were that there were several victims severely injured inside of the club.

CSPD Patrol Officers responded emergently to Club Q and located numerous victims both inside and outside of the club. The suspect (later identified through an electronic fingerprint scanner as Anderson Lee Aldrich, DOB: ▇▇▇/00) was transported to a local hospital to have injuries treated. Initial reports indicate that Anderson may have sustained a gunshot wound to the head. Anderson is suspected to survive his injuries.

Based on the circumstances, the CSPD Homicide / Assault Unit was activated (along with numerous other resources) to assume responsibility for the investigation. Upon being activated, I was tasked with conducting the scene investigation. I responded to the scene a short time later.

Supervisor Initials / IBM: _____

**EXHIBIT A**

Attachment A
Page 2 of 5

When I arrived on scene, I made note that there is a tremendous amount of blood, medical intervention debris, and clothing items scattered directly outside of the club. While inspecting the exterior of the scene, I was approached by the business owner, who was identified as Matthew Haynes (DOB: ▇▇/68).

Matthew advised that he had video surveillance cameras (which include audio) at numerous locations inside of the club. He was in the process of downloading video clips to his cellular phone. He offered to send the videos to me electronically.

Upon reviewing the videos, I learned the following information. Anderson arrived at approximately 2355 hours on 11/19/22 (per video surveillance). He arrived in a gold Toyota Highlander bearing Colorado license plate #BUY-864. This vehicle was later determined to be registered to Anderson Lee Aldrich. The vehicle was confirmed to be a gold 2005 Toyota Highlander and is parked facing eastbound on the south side of the club, just feet from the entrance to the club.

When Anderson exited the driver's door of the vehicle, it was apparent that he was wearing a ballistic vest and was carrying an AR-15 style assault rifle. He entered the business and, after entering the business a short distance, he opened fire indiscriminately at patrons inside of the club.



Anderson fired at two victims who almost immediately upon entering the main area of the club. A still image of the beginning of the shooting incident is depicted below.

**EXHIBIT A**

Attachment A
Page 3 of 5



The quality of the video surveillance is relatively poor; however, Matthew stated there is a DVR system inside of Club Q and the quality of the video on the DVR is much better than was shown to me on the phone.

Matthew went on to explain that in this type of situation, the employees have been trained to move patrons and themselves into the neighboring club (Buddies Private Club), which he also owns. Matthew specified that he owns the building, Club Q, and Buddies Private Club. There is an adjoining entrance that connects the clubs from the inside, per Matthew's statements. Matthew specified that the address for Club Q is 3430 N. Academy Boulevard Unit A and the address for Buddies Private Club is 3430 N. Academy Boulevard Unit B.

Based on viewing the video surveillance, it is believed that evidence of this shooting event will be located in both businesses. While Anderson remained in Club Q, based on the number of rounds fired and the indiscriminate nature of the firing, it is likely that both businesses will need to be searched in order to ensure the scene is thoroughly documented. There were additional reports that rounds may have even struck the exterior of the 7-Eleven store located at 3502 N. Academy Boulevard, which is located approximately 1 block north of Club Q.

After concluding my conversation with Matthew, I looked into Club Q but could not see much evidence from the exterior. It is believed that most of the evidence is further into the club than I could see from the doorway. I took a moment to make several notes as it relates to the exterior of the scene.

Club Q and Buddies Private Club, 3430 N. Academy Boulevard, Units A & B, a multi-business building located approximately 1 block west of the 3400 block of N. Academy Boulevard. The exterior of the building is composed of grey rock, with some rock being colored orange and red. There is signage for two businesses, "Buddies Private Club" and "Club Q". West of the entrance to Club Q, the numbers "3430" are arranged horizontally above a black lock box. The numbers are located just west of the Club Q signage, which is located on the brown trim above the entryway to the club on the south side of the building.

**EXHIBIT A**

Attachment A
Page 4 of 5

Club Q and Buddies Private Club are clubs that promote themselves with the following description, which was taken from Google: *"Adult-oriented gay & lesbian nightclub hosting theme nights such as karaoke, drag shows & DJs."*

Many of the victims injured in this case have been transported to local hospitals to have their injuries treated. As of the time of this report, a total of five (5) victims are deceased, four (4) of which are believed to be inside of the club. A total of eighteen (18) additional victims were reported to be shot and / or otherwise injured. The identities of all of the victims is unknown at this time.

From the exterior of Anderson's vehicle, I looked into the front right passenger window. The vehicle appears to be cluttered inside; however, I was able to observe a cartridge for an AR-15 style rifle (likely a .223 caliber) on the front right passenger seat. I wasn't able to immediately observe additional evidence due to Anderson's vehicle having tinted windows in the back.

Detective N. Black 5400 conducted an interview with Richard Fierro (DOB ▮▮/1977). Richard Fierro stated he was at Club Q with his family and friends to watch his daughter's friend perform. Richard Fierro stated they were sitting at a table near the stage when he heard multiple gunshots near the front door of the club. Richard Fierro said he ducked for cover as the gunshots continued going off.

Once he was able to orient himself Richard Fierro stated he saw the suspect with an AR-style rifle and a bullet proof vest on continue shooting towards what he believed to be the patio area. Richard Fierro stated he observed an unknown male pull the suspect to the ground and he went over to help him. Richard Fierro stated the suspect was lying face-down on the ground, he (Richard Fierro) got on his back, and began striking him. Richard Fierro stated the suspect continued to try and grab the AR-rifle which was towards the suspect's right hand.

Richard Fierro stated during the struggle and physical altercation with the suspect he saw the suspect with a handgun. Richard Fierro said he was able to get the handgun away from the suspect and began striking him anywhere he could on the suspect's body to get the suspect to stop fighting. Richard Fierro also stated the suspect appeared to have multiple rifle magazines because he heard him re-load after the first volley of gunfire and even through a magazine away from the suspect when he was fighting with him on the ground. Richard Fierro stated law enforcement arrived on scene and took custody of the suspect (Anderson Aldrich).

On 11/20/22 at approximately 0148 hours, Detective R. Joines 4314 responded to Memorial Hospital Central where Anderson Aldrich was in custody. Detective Joines was unable to speak with Anderson at that time because he was intubated. Sergeant T. Lindvall 2417 and Officer C. Pittman 7249 were outside the treatment room of Anderson and advised Detective Joines they had overheard Anderson tell medical staff he was sorry and he had been awake for four days.

On 11/20/22 at approximately 0345 hours, Detective Joines responded to 5543 North Union Boulevard #301, which had been located as a potential address for Anderson. Detective Joines contacted Anderson's mother (identified as Laura Voepel, DOB: ▮▮/77) in the residence. Laura advised she and Anderson were going to go to a movie at 2200 hours but Anderson left on an errand he told her would only take 15 minutes. She said he did not provide her any other information. Laura said she did not see Anderson when he left and did not know if he took anything with him. Laura stated Anderson took her phone with him and she had not seen him since.

Detective Joines asked Laura about weapons belonging to either her or Anderson and she said they did not have weapons other than a folding pocket knife belonging to Anderson. Laura made a comment to Detective Joines and other officers in the apartment that she makes recordings and appeared to be holding a handheld recording device. She mentioned recording Anderson as well but Detective Joines did not notice any obvious cameras in the apartment. It is unknown if there are video recording devices in apartment #301.

**EXHIBIT A**

Attachment A
Page 5 of 5

Therefore, based on the above described facts and circumstances, Your Affiant respectfully moves the Court for issuance of a search warrant for search of those person(s), property and/or premises known as: **Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO,** a multi-family apartment building with an orange / tan exterior and white stairwells. The building is marked with red signage reading "G 5543" on the southwest corner of the building. Apartment #301 is located on the 3rd story and is marked with the numbers "301" in white in the center of the red / orange door..

Applicant: _J. Gasper 3337_

Employed By: Colorado Springs Police Department

Position: Detective

This affidavit was sworn and subscribed before me this day  November 12, 2022

Magistrate / Judge: _Amanda P._

Mag. Amanda J. Philipps

**EXHIBIT A**

| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address:  270 South Tejon Street<br>Colorado Springs, Colorado 80903 | |
| RE: Search Warrant of<br>**Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO** | ▲COURT USE ONLY▲<br>Case/File Number: |
| Agency Name: Colorado Springs Police Department   Agency Number: 22-43279 | Division: **Criminal**   Ctrm: |

## ATTACHMENT B

The following person(s), property and/or premise(s) will be searched for and, if found, seized:

- General photographs of the scene
- Video recording of the crime scene
- Indicia of residency
- Identification which would identify any occupants of the residence
- Trace evidence, i.e. Blood, hair, fibers, or fingerprints
- Measurements of the crime scene
- Firearms: Any and all
- Ammo: Any and all
- Documentation showing the ownership of a firearm
- Sales records showing the purchase of a firearm
- Projectiles
- Cartridge cases (spent shell casings)
- Items commonly used to carry and transport a firearm (i.e. holster & gun carrying case, magazines, cleaning kits)
- Letters, notes, tapes, recordings, pictures, or other written material depicting any association with this investigation
- Any computer, tablet, or cellular devices that could be used with the planning of a large scale event such as this
- Audio or video recordings depicting any association with this investigation
- Any DVR operating system information, videos, images, and multimedia files
- Operating system logs including system events such as current date and time, recording events, system power events, system deletion / format events
- Any internet modem boxes capable of completing an VPS or ISP, which can be used to transmit digital data from the service provider to the residence

### NO OTHER ITEMS ARE SOUGHT FOR SEIZURE

Supervisor Initials / IBM: _MDL_ _438_

**EXHIBIT A**

| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, Colorado 80903 | **RECEIVED**<br>DEC 0 8 2022<br>**CLERK'S OFFICE**<br>▲COURT USE ONLY▲ |
| RE: REPORT OF EXECUTION OF SEARCH WARRANT | |
| Criminal Proceedings Number: 22-3687 | Case/File Number:<br>22-3687 |
| Agency: Colorado Springs Police Department   Agency Number: 22-43279 | Division: Criminal   Ctrm: |

## REPORT OF EXECUTION OF SEARCH WARRANT

On Sunday, November 20, 2022, a search warrant was issued by the Court in El Paso County and State of Colorado directing that a search may be made of the following described person(s), place(s) or thing(s):

Vista View Apartments, 5543 N. Union Boulevard #301, Colorado Springs, CO

And on Sunday, November 20, 2022, the undersigned, as one of the persons authorized to conduct such a search and seizure did conduct such search and reports the following was found and seized:

--Photographs
--Indicia of residency
--Identification which would identify any occupants of the residence
--Trace
--Ammo
--Documentation showing the ownership of a firearm
--Sales records showing the purchase of a firearm
--Cartridge cases (spent shell casings)
--Items commonly used to carry and transport a firearm (i.e. holster & gun carrying case, magazines, cleaning kits)
--Letters, notes, recordings, pictures, or other written material depicting any association with this investigaiton
--Any computer, tablet, or cellular devices
--Any DVR operating system information, videos, images, and multimedia files
--Any internet modem boxes

The undersigned does further inform the Court that if property was seized that the individual from whose person, premises, or property that items were taken from was furnished with a copy of the search warrant as well as a copy of this inventory of the goods seized.

Done this day of Sunday, November 20, 2022

Authorized Signature: _____
N. Black, 5400
Employed By: Colorado Springs Police Department
Position: Detective

**EXHIBIT A**