Exhibit B

Body-Worn Camera Footage
of Officer Matthew Anderson

Filed Conventionally