Exhibit C

Body-Worn Camera Footage

of Sergeant Reuben Crews

Filed Conventionally