IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 25-cv-506-DDD-KAS

LAURA VOEPEL,

    Plaintiff,

v.

REUBEN CREWS, COLORADO SPRINGS POLICE DEPARTMENT SERGEANT;
MATTHEW ANDERSON, COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
TIMOTHY HOCKERSMITH, COLORADO SPRINGS POLICE DEPARTMENT OFFICER;
PETER MANDRY, COLORADO SPRINGS POLICE DEPARTMENT OFFICER; AND
REBECCA JOINS, COLORADO SPRINGS POLICE DEPARTMENT DETECTIVE,

    Defendants.

## NOTICE OF CONVENTIONALLY FILED EXHIBITS

A USB drive containing Exhibits B and C to the Motion to Dismiss (Doc 24), as described below, was mailed via Federal Express to the Court on May 30, 2025.

    Exhibit B: Body Worn Camera Footage of Officer Matthew Anderson

    Exhibit C: Body Worn Camera Footage of Sergeant Reuben Crews

Respectfully submitted this 30th day of May, 2025.

                              OFFICE OF THE CITY ATTORNEY
                              Wynetta P. Massey, City Attorney

                              */s/ W. Erik Lamphere*
                              W. Erik Lamphere, Division Chief
                              30 S. Nevada Ave., Suite 501

Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
erik.lamphere@coloradosprings.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 30th day of May, 2025, I electronically filed the foregoing **NOTICE OF CONVENTIONALLY FILED EXHIBITS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

Jason M. Kosloski (jkosloski@kosloskilaw.com)
*Attorney for Plaintiff*

*/s/ Eri Howard*
Eri Howard, Legal Secretary