IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 25-cv-506-DDD-KAS

LAURA VOEPEL,

    Plaintiff,

v.

REUBEN CREWS, COLORADO SPRINGS POLICE DEPARTMENT SERGEANT; MATTHEW ANDERSON, COLORADO SPRINGS POLICE DEPARTMENT OFFICER; TIMOTHY HOCKERSMITH, COLORADO SPRINGS POLICE DEPARTMENT OFFICER; PETER MANDRY, COLORADO SPRINGS POLICE DEPARTMENT OFFICER; AND REBECCA JOINS, COLORADO SPRINGS POLICE DEPARTMENT DETECTIVE,

    Defendants.

## JOINT MOTION TO UNSEAL CRIMINAL RECORDS

Plaintiff, Laura Voepel, and Defendants, Reuben Crews, Matthew Anderson, Timothy Hockersmith, Peter Mandry and Rebecca Joines, by and through their respective counsel, respectfully request the Court enter an order directing the temporary unsealing of Plaintiff's criminal file in El Paso County Court, Case No. 22M7363, *The People of the State of Colorado v. Laura Lea Voepel*. As grounds therefore, the parties state as follows:

1. <u>Conferral</u>: Counsel for the parties have conferred and agree as indicated by signature below.

2. Plaintiff was charged with Disorderly Conduct pursuant to C.R.S. § 18-9-106(1)(c), a petty offense, and Resisting Arrest pursuant to C.R.S. § 18-8-103(1)(a), a Class 2 misdemeanor, following her contact with the police that is the subject of this litigation.

3. Following the dismissal of the action, Plaintiff petitioned the Court for the sealing of the criminal matter and the Court ordered that the matter be sealed.

4. The parties have agreed that the information contained in the sealed criminal file including, but not limited to, the District Attorney discovery file and the El Paso County Court file, is relevant to the claims and defenses of the parties and should be unsealed for the purposes of this litigation only.

5. The parties agree that the contents of the criminal file, if unsealed, will be used for the purposes of this litigation only and will not be disclosed outside the parties and their respective counsel.

6. The unsealing of these records shall permit access to undersigned counsel only and shall remain in effect for a period of sixty (60) days.

7. No parties are prejudiced by the unsealing of the criminal records.

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court order the El Paso County Court to unseal the records in El Paso County Court Case No. 22M7363, *The People of the State of Colorado v. Laura Lea Voepel* for the purposes of this litigation only.

Respectfully submitted this 6th day of June, 2025.

| KOSLOSKI LAW, PLLC | OFFICE OF THE CITY ATTORNEY |
| --- | --- |
| | Wynetta P. Massey, City Attorney |
| */s/ Jason M. Kosloski* | */s/ W. Erik Lamphere* |
| Jason M. Kosloski | W. Erik Lamphere, Division Chief |
| 1401 Lawrence Street | 30 S. Nevada Ave., Suite 501 |
| Suite 1600 | Colorado Springs, Colorado 80903 |
| Denver, CO 80202 | Telephone: (719) 385-5909 |
| (720) 605-6487 | Facsimile: (719) 385-5535 |
| jkosloski@koskoskilaw.com | erik.lamphere@coloradosprings.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 6th day of June, 2025, I electronically filed the foregoing **JOINT MOTION TO UNSEAL CRIMINAL RECORDS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

Jason M. Kosloski (jkosloski@koskoskilaw.com)
*Attorney for Plaintiff*

*/s/ Eri Howard*
Eri Howard, Legal Secretary