IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00506-DDD-KAS

LAURA VOEPEL,

    Plaintiff,

v.

REUBEN CREWS, Colorado Springs Police Department Sergeant,
MATTHEW ANDERSON, Colorado Springs Police Department Officer,
TIMOTHY HOCKERSMITH, Colorado Springs Police Department Officer,
PETER MANDRY, Colorado Springs Police Department Officer, and
REBECCA JOINS, Colorado Springs Police Department Detective,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Unseal Criminal Records** [#27] (the "Motion"). The parties ask the Court for an order directing the temporary unsealing of Plaintiff's criminal file in El Paso County Court, Case No. 22M7363, *The People of the State of Colorado v. Laura Lea Voepel*.

    In *Lumpkin v. Clark*, No. 07-cv-02015-MSK-KMT, 2008 WL 2441986 (D. Colo. June 16, 2008), the Magistrate Judge addressed a similar motion, where one of the parties asked the federal court to issue an order unsealing state court criminal records in a particular proceeding. After engaging in a thorough analysis, the Magistrate Judge concluded that, while there may be circumstances where the federal court could issue such an order, the far better policy was for the parties to first file a motion in the state court case "requesting the court to unseal the criminal justice records . . . for the limited purpose of complying with discovery in this federal case." *Lumpkin*, 2008 WL 2441986, at *11. If the state court determined it was not appropriate to unseal the materials, the parties could again seek relief in the federal proceeding. The undersigned also finds this approach to be most suitable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **DENIED without prejudice**.

    Dated: June 25, 2025