IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00506-DDD-KAS

LAURA VOEPEL,

    Plaintiff,

v.

REUBEN CREWS, Colorado Springs Police Department Sergeant;
MATTHEW ANDERSON, Colorado Springs Police Department Officer;
TIMOTHY HOCKERSMITH, Colorado Springs Police Department Officer;
PETER MANDRY, Colorado Springs Police Department Officer; and
REBECCA JOINS, Colorado Springs Police Department Detective,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed January 2, 2026, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, Reuben Crews, Colorado Springs Police Department Sergeant; Matthew Anderson, Colorado Springs Police Department Officer; Timothy Hockersmith, Colorado Springs Police Department Officer; Peter Mandry, Colorado Springs Police Department Officer; and Rebecca Joins, Colorado Springs Police Department Detective, and against Plaintiff,

1

Laura Voepel, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiff's Complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this <u>2nd</u> day of January, 2026.

                         FOR THE COURT:

                         JEFFREY P. COLWELL, CLERK

                         *s/ Robert R. Keech*
                         Robert R. Keech,
                         Deputy Clerk