IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00506-DDD-KAS

LAURA VOEPEL,

    Plaintiff,

v.

REUBEN CREWS, Colorado Springs Police Department Sergeant,
MATTHEW ANDERSON, Colorado Springs Police Department Officer,
TIMOTHY HOCKERSMITH, Colorado Springs Police Department Officer,
PETER MANDRY, Colorado Springs Police Department Officer, and
REBECCA JOINS, Colorado Springs Police Department Detective,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Motion to Withdraw as Counsel for Plaintiff** [#37] (the "Motion"), filed by counsel for Plaintiff, Attorney Jason Kosloski.[1] The Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Attorney Kosloski is relieved of any further representation of Plaintiff in this case. The Clerk of Court is instructed to terminate Attorney Kosloski as counsel of record, and to remove this name from the electronic certificate of mailing.

    IT IS FURTHER **ORDERED** that **withdrawing counsel SHALL provide his client with a copy of this Minute Order.**

    As a one-time courtesy, the Court reminds Plaintiff of the following upcoming case management deadlines:

    Deadline to file a Notice of Appeal        **February 1, 2026**

---

[1] The Motion also seeks to withdraw Attorney Tyler Jolly, but Mr. Jolly never filed an entry of appearance in this matter.

˘1˘

  Because Plaintiff will now be proceeding pro se, the Court hereby notifies her that she is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). In order to more fully explain the responsibilities Plaintiff now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

  Plaintiff is obligated to keep the Court informed of changes to her contact information pursuant to D.C.COLO.LCivR 5.1(c). Accordingly,

  IT IS FURTHER **ORDERED** that Plaintiff shall confirm her mailing address, e-mail address, and telephone number by filing a Notice of Contact Information **within seven days** of the date of this Minute Order. Pursuant to D.C.COLO.LCivR 5.1(c), if Plaintiff's contact information changes in the future, she must file a Notice of Change of Contact Information **within five days** of the change.

  Dated: January 20, 2026